UNITED STATES DISTRICT COURT

__EASTERN__    **District of**    __CALIFORNIA__

PATRICIA COOKE,  
   Plaintiff

V.

COMMISSIONER of SOCIAL SECURITY,  
   Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE 1:11-AT-00545

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X GRANTED.

 X The clerk is directed to file the complaint.

 X IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTER this __2nd__ day of __September__, __2011__.

/s/ Sandra M. Snyder  
Signature of Judicial Officer

SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE  
Name and Title of Judicial Officer