1  BENJAMIN B. WAGNER
2  United States Attorney
   DONNA C. CALVERT, SBN IL 619786
3  Acting Regional Chief Counsel, Region IX
   Social Security Administration
4  ELIZABETH BARRY, CSBN 203314
5  Special Assistant United States Attorney
           333 Market Street, Suite 1500
6          San Francisco, California 94105
7          Telephone:  (415) 977-8972
           Facsimile:  (415) 744-0134
8          E-Mail: Elizabeth.Barry@ssa.gov
9
   Attorneys for Defendant
10                 UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
11                        FRESNO DIVISION
12
   PATRICIA COOKE,              )    Case No. 1:11-CV-01478-GSA
13       Plaintiff,              )
                                 )
14 v.                            )
                                 )    **STIPULATION AND ORDER**
15 MICHAEL J. ASTRUE,            )    FOR EXTENSION OF TIME FOR DEFENDANT
   Commissioner of Social Security, )  TO ANSWER OR OTHERWISE RESPOND TO
16                               )    PLAINTIFF'S COMPLAINT
                                 )
17       Defendant.              )
   _____ )
18

19    IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

20 approval of the Court, that the Commissioner shall have a 60-day extension of time in which to

21 answer or otherwise respond to Plaintiff's Complaint. The extension is requested because

22 meaningful review of this case is not possible, as a portion of one exhibit in the record is missing

23
24 and there are typographical errors in the markings identifying the exhibits in the record. The

25 Commissioner is continuing to search for the missing portion of the exhibit and is working to

26 correct the typographical errors and the parties agree that seeking an extension is the best

27 procedural option at this time.
28

   Stip. & Prop. Order for Extension            1

The Commissioner's answer to Plaintiff's Complaint is due January 20, 2012; it will now be due March 20, 2012.

Respectfully submitted,

Dated: January 19, 2012        */s/ Sengthiene Bosavanh*
(As authorized via email)
SENGTHIENE BOSAVANH
Attorney for Plaintiff


BENJAMIN B. WAGNER
United States Attorney

Date: January 19, 2012        By *s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U. S. Attorney

**ORDER**

The Commissioner seeks an extension of time of sixty (60) days within which to lodge the administrative record in this action.  The Commissioner has calculated a future deadline of March 20, 2012.  However, the administrative record was due to be lodged no later than January 19, 2012 (9/21/11 + 120 days = 1/19/12), therefore, an extension of sixty days would result in a future deadline of March 19, 2012.  Accordingly, the Commissioner SHALL lodge the administrative record in this action no later than **March 19, 2012**.

IT IS SO ORDERED.

**Dated:   January 19, 2012**           /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order for Extension            2