BENJAMIN B. WAGNER
United States Attorney
DONNA C. CALVERT, SBN IL 619786
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH BARRY, CSBN 203314
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8972
    Facsimile:  (415) 744-0134
    E-Mail: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| PATRICIA COOKE, ) | Case No. 1:11-CV-01478-GSA |
|     Plaintiff, ) | |
| v. ) | |
| ) | **STIPULATION AND ORDER** |
| MICHAEL J. ASTRUE, ) | FOR EXTENSION OF TIME FOR DEFENDANT |
| Commissioner of Social Security, ) | TO ANSWER OR OTHERWISE RESPOND TO |
| ) | PLAINTIFF'S COMPLAINT |
|     Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that the Commissioner shall have a 60-day extension of time in which to answer or otherwise respond to Plaintiff's Complaint. The extension is requested because meaningful review of this case is not possible, as a portion of one exhibit in the record is missing and there are typographical errors in the markings identifying the exhibits in the record. The Commissioner is continuing to search for the missing portion of the exhibit and is working to correct the typographical errors and the parties agree that seeking an extension is the best procedural option at this time.

Stip. & Prop. Order for Extension         1

The Commissioner's answer to Plaintiff's Complaint is due January 20, 2012; it will now be due March 20, 2012.

Respectfully submitted,

Dated: January 19, 2012     */s/ Sengthiene Bosavanh*
(As authorized via email)
SENGTHIENE BOSAVANH
Attorney for Plaintiff


BENJAMIN B. WAGNER
United States Attorney

Date: January 19, 2012     By *s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U. S. Attorney

**ORDER**

The Commissioner seeks an extension of time of sixty (60) days within which to lodge the administrative record in this action. The Commissioner has calculated a future deadline of March 20, 2012. However, the administrative record was due to be lodged no later than January 19, 2012 (9/21/11 + 120 days = 1/19/12), therefore, an extension of sixty days would result in a future deadline of March 19, 2012. Accordingly, the Commissioner SHALL lodge the administrative record in this action no later than **March 19, 2012**.

IT IS SO ORDERED.

**Dated:**    **January 19, 2012**        **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order for Extension     2