BENJAMIN WAGNER CSBN 163581
United States Attorney
DONNA L. CALVERT SBN IL 619786
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH BARRY CSBN 203314
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8926
    Facsimile:  (415) 744-0134
    E-Mail: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**FRESNO DIVISION**

| | |
|---|---|
| PATRICIA COOKE,        ) | Case No. 1:11-CV-01478-GSA |
|     Plaintiff,      ) | |
| v.               ) | **ORDER RE** DEFENDANT'S MOTION FOR REMAND PURSUANT TO |
|               ) | SENTENCE SIX OF 42 U.S.C. § 405(g) |
| MICHAEL J. ASTRUE,    ) | FOR FURTHER ADMINISTRATIVE |
| Commissioner of Social Security,  ) | PROCEEDINGS |
|     Defendant.     ) | |
| _____) | |

## I. INTRODUCTION

Defendant hereby moves this Court to remand the above-captioned case to the

Commissioner of Social Security for further administrative proceedings, pursuant to sentence six

of 42 U.S.C. section 405(g).

## II. STATEMENT OF THE CASE

Meaningful review of this matter is not possible because the administrative record is

missing page two of Exhibit B14F, a medical source statement addressed in the decision. In

addition, the administrative transcript contains typographical errors in the markings identifying the

exhibits. Upon receipt of the Court's order, the Appeals Council will remand the case to an

Defendant's Motion for Remand

1  administrative law judge to obtain the missing page from Exhibit B14F and to correct the exhibits

2  incorrectly marked as "D."

3

4      On March 19, 2012, counsel for the Defendant contacted Plaintiff's counsel, via email,

5  requesting that the parties stipulate to remand. As of the filing of this motion, counsel for

6  Defendant has not received a response to the request for stipulation.

7
                                    **III. ARGUMENT**
8

9      This Court should remand Plaintiff's case for further administrative proceedings to give an

10  administrative law judge an opportunity to obtain the missing page from Exhibit B14F and to

11  correct the exhibits incorrectly marked as "D." This remand is necessary because meaningful

12  review is not, otherwise, possible.

13
                                    **IV. CONCLUSION**
14

15      For the foregoing reasons, Defendant requests this Court to remand this matter to an

16  administrative law judge to obtain the missing page from Exhibit B14F and to correct the exhibits

17  incorrectly marked as "D."

18
                                    Respectfully submitted,
19

20  Date: March 19, 2012                    BENJAMIN B. WAGNER
                                            United States Attorney
21

22                                    By *s/ Elizabeth Barry*
                                        ELIZABETH BARRY
23                                      Special Assistant U. S. Attorney

24                                      Attorneys for Defendant

25

26

27

28

 Defendant's Motion for Remand                    2

1

**ORDER**

2

     In consideration of Defendant's motion to remand filed March 19, 2012 (Doc. 15), and in

3

4

light of Plaintiff's failure to file an opposition to the motion as directed (Doc. 16), the motion is

5

GRANTED.

6

IT IS SO ORDERED.

7

**Dated:     April 6, 2012**                              **/s/ Lawrence J. O'Neill**

8                                                                    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendant's Motion for Remand                    3