BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8934
    Facsimile: (415) 744-0134
    E-Mail: Shea.Bond@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PATRICIA COOKE,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:11-CV-1478-GSA<br><br>STIPULATION AND ORDER<br>FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for filling and serving the Administrative Record in this matter be extended from November 20, 2013 to December 20, 2013.  Defendant respectfully requests this additional time because the Appeals Council needs time to respond to Plaintiff's written exceptions to the administrative law judge's (ALJ) January 11, 2013 decision.  After the Court remanded this case on April 6, 2012 for the ALJ to correct the deficiencies in the transcript (Doc. No. 17), the Appeals Council vacated the administrative decision and remanded this matter to the hearing office for further administrative proceedings (Doc. No. 19).  The ALJ then held a

1

hearing, at which Plaintiff testified, and issued a decision dated January 11, 2013 finding Plaintiff not disabled (Doc. No. 21).  Plaintiff's counsel subsequently filed written exceptions to the ALJ's decision, which are currently being considered by the Appeals Council.  *See* 20 C.F.R. §§ 404.967, 416.1467 (explaining that if a party is dissatisfied with the ALJ's decision she may request that the Appeals Council review that action).  Therefore, the Appeals Council requires the additional time to consider Plaintiff's written exceptions to the ALJ's decision.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Dated:  November 20, 2013

Respectfully submitted,
/s/ SENGTHIENE BOSAVANH__
(as authorized via telephone on November 13, 2013 by Ruby Gonzalez on behalf of Ms. Bosavanh)
SENGTHIENE BOSAVANH
Attorney for Plaintiff

Dated:  November 20, 2013

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:     /s/  Shea Lita Bond
SHEA LITA BOND
Special Assistant U.S. Attorney

Attorneys for Defendant

///
///
///
///
///
///
///

2

**ORDER**

Upon a review of the stipulation, the Commissioner shall file a copy of the administrative record no later than December 20, 2013. The dates in this Court's scheduling order issued on June 20, 2013 (Doc. 22) shall be modified accordingly.

IT IS SO ORDERED.

Dated:   **November 20, 2013**                    **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE