# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| PATRICIA COOKE,<br><br>        Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:11-CV-1478-GSA<br><br>STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g) FOR FURTHER ADMINISTRATIVE PROCEEDINGS AND ORDER |

## I. INTRODUCTION

The parties, through their respective counsel of record, hereby move this Court to remand the above-captioned case to the Commissioner of Social Security (Commissioner) for further administrative proceedings, pursuant to sentence six of 42 U.S.C. § 405(g).

## II. STATEMENT OF THE CASE

The district court does not have a final decision from the Commissioner to review because Plaintiff's written exceptions to the ALJ's January 11, 2013 decision are currently being considered by the Appeals Council. After the Court remanded this case on April 6, 2012 for the ALJ to correct the deficiencies in the transcript (Doc. No. 17), the Appeals Council vacated the administrative decision and remanded this matter to the hearing office for further administrative proceedings (Doc. No. 19). The ALJ then held a hearing, at which Plaintiff testified, and issued a decision dated January 11, 2013 finding Plaintiff not disabled (Doc. No. 21). Plaintiff's

council subsequently filed written exceptions to the ALJ's decision.  The parties prematurely moved to re-open this case on June 6, 2013 before the Appeals Council had reviewed the ALJ's new decision (Doc. No. 23).  The Appeals Council told Defendant on December 16, 2013 that it is still in the process of reviewing Plaintiff's written exceptions.  Therefore, there is no final decision of the Commissioner in this matter for the Court to review under 42 U.S.C. § 405(g).

### III.  ARGUMENT

This Court should remand Plaintiff's case for further administrate proceedings to give the Appeals Council the opportunity to review the ALJ's January 11, 2013 decision.  This remand is necessary because district court review is not, otherwise, possible.  Following remand, Defendant will provide status updates to the Court on this matter and move for a re-opening of the case if the Commissioner issues a final decision.

### IV.  CONCLUSION

For the foregoing reasons, the parties request this Court to remand the matter to the Appeals Council.

Dated:  December 20, 2013

Respectfully submitted,
/s_SENGTHIENE BOSAVANH__
(as authorized via email on December 18, 2013)
SENGTHIENE BOSAVANH
Attorney for Plaintiff

Dated:  December 20, 2013

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

By:  /s/  Shea Lita Bond
SHEA LITA BOND
Special Assistant U.S. Attorney

Attorneys for Defendant

### ORDER

The Court adopts the parties' stipulation outlined above.  Accordingly, this case is remanded to the Appeals Council pursuant to sentence xix of 42 U.S.C. § 405(g).  The parties

shall file a status report every 120 days advising the Court of the status of this case. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**January 6, 2014**__                    __**/s/ Gary S. Austin**__
                                                                                 UNITED STATES MAGISTRATE JUDGE

3