# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICIA COOKE,** | 1:11-cv-01478 LJO GSA |
| **Plaintiff,** | ORDER OF DISMISSAL |
| v. | |
| **CAROLYN W. COLVIN, Commissioner of Social Security,** | |
| **Defendants.** | |

All administrative proceedings on remand have concluded. Pursuant to the stipulation of all parties, Doc. 39, this case is DISMISSED IN ITS ENTIRETY.

IT IS SO ORDERED.

    Dated:   **December 23, 2015**          /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE